

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:22CR 00284 BRW |
| | ) | |
| vs. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| JOSHUA GILLIAM | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.  On or about June 28, 2022, the defendant,

JOSHUA GILLIAM,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Possession of a Firearm by Certain Persons, in Pulaski County, Arkansas, Circuit Court in Case Number 60 CR 2017-3936;

2. Possession of a Controlled Substance, Failure to Appear, and Possession of Drug Paraphernalia, in Pulaski County, Arkansas, Circuit Court in Case Number 60 CR 2018-849; and

3. Possession of a Firearm by Certain Persons, in Saline County, Arkansas, Circuit Court in Case Number 63 CR 2021-930.

B.  On or about June 28, 2022, in the Eastern District of Arkansas, the defendant,

3

JOSHUA GILLIAM,

knowingly possessed, in and affecting commerce, a firearm, that is: a Smith & Wesson, Model M&P Shield, 9mm semi-automatic pistol, bearing serial number JEP0818, in violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, JOSHUA GILLIAM, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]